ACCEPTED
14-14-00821-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 3:17:07 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00821-CR

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 3:17:07 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR
THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON

_____

**ROKISHA ARTESIA THOMAS,**
                                        *Appellant,*

v.

**THE STATE OF TEXAS,**
                                        *Appellee*

_____

Appealed from the 338th Judicial District
of Harris County, Texas
Trial Court Cause Number 1388416

_____

**MOTION FOR EXTENSION
OF TIME TO FILE
APPELLANT'S BRIEF**

_____

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

Counsel for the Appellant
Rokisha Artesia Thomas

NO. 14-14-00821-CR

_____


IN THE COURT OF APPEALS FOR
THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON


_____


**ROKISHA ARTESIA THOMAS,**
*Appellant,*


v.


**THE STATE OF TEXAS,**
*Appellee*

_____



Appealed from the 338th Judicial District
of Harris County, Texas
Trial Court Cause Number 1388416


_____


**MOTION FOR EXTENSION
OF TIME TO FILE
APPELLANT'S BRIEF**

_____



TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROKISHA ARTESIA THOMAS, Appellant, by and through her attorney of record on appeal, Joseph Salhab, files this Motion for Extension of Time to File Appellant's Brief. In support of said Motion, the Appellant shows the Court the following:

I.

The Appellant pled guilty in the 338th District Court of Harris County, Texas, on or about September 18, 2014, in Cause Number 1388416, of Aggravated Robbery with a Deadly Weapon and was given 7 years imprisonment.

II.

Appellant gave notice of appeal.

III.

Appellant's brief was due January 2, 2015.

IV.

Appellant requests an extension of sixty (60) days until March 3, 2015.

V.

Appellant's request for an extension of time is based on the fact that Appellant's counsel is engaged in numerous other trial and appellate cases. Significant cases include:

The State of Texas v. Terrie Chatman, in the 183rd District Court of Harris County, Texas. Defendant was charged with Theft. The case was set December 9, 2014.

The State of Texas v. Marquisha A. Williams, in the 248th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case is set for January 27, 2015.

The State of Texas v. Jamilla Cornelius, in the 183rd District Court, Harris County, Texas. Defendant is charged with Endangering a Child. The case is set for January 27, 2015.

The State of Texas v. Jorge Alattore, in the County Court of Law #2, Jefferson County, Texas. Defendant is charged with Driving While Intoxicated. The case was set for December 18, 2014.

The State of Texas v. Ronald Haskell, in the 248th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case is set January 21, 2015.

The State of Texas v. Florencio Leal, in the 209th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case was tried to a jury November 17, 2014.

The State of Texas v. Amber Bolanos, in the 176th District Court of Harris County, Texas. Defendant is charged with Possession with Intent to Deliver a Controlled Substance. The case was set for December 9, 2014.

The State of Texas v. Eli Horn, in the County Court at Law #4 of Montgomery County, Texas. Defendant is charged with DWI. The case is set for January 8, 2014.

The State of Texas v. Judist Broussard, in the 337th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case is set for jury trial January 7, 2014.

In addition to the above, counsel is engaged in numerous other appellate and trial matters.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of sixty (60) until March 3, 2015, to file Appellant's Brief.

Respectfully submitted,

  /s/ Joseph Salhab
Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005

Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR THE APPELLANT
ROKISHA ARTESIA THOMAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Assistant District Attorney for Harris County, Texas, on the _8th_ day of __January___, 2015.

__/s/ Joseph Salhab_____
JOSEPH SALHAB